AO 450 (Rev. 5/85) Judgment in a Civil Case

**E-FILED**
Tuesday, 12 May, 2009   03:44:17 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

# JUDGMENT IN A CIVIL CASE

**MUFF'T I. MUSTAAFA,**
**Petitioner,**

vs.                                                                                   Case Number:   **09-2009**

**UNITED STATES OF AMERICA,**
**Respondent.**

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that the petition under 28 U.S.C.§2255 is denied.

ENTER this 12th day of May 2009.

s/PAMELA E. ROBINSON, CLERK
PAMELA E. ROBINSON, CLERK

s/K. Wynn
BY:  DEPUTY CLERK